UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL ALVAREZ,

Plaintiff,

-against-

PARAGON SYSTEMS INC.,

Defendant.

26-CV-05164 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 13, 2026, a U.S. Marshal's process receipt and return of service unexecuted was filed on the docket on October 13, 2026, with the stated reason for nonservice being that the Defendant is no longer located at the given address. (ECF 9.) The U.S. Marshals cannot serve Defendant without a valid address. Accordingly, Plaintiff is directed to file a letter on the docket by **November 19, 2026** that either provides a new address at which the U.S. Marshals may effect service on Defendant or states that Plaintiff is unable to provide such an address. I am sua sponte (on my own accord) extending Plaintiff's deadline to effect service nunc pro tunc (retroactively) until **November 19, 2026**, with the expectation that if Plaintiff provides another address, I would grant a further extension to Plaintiff's deadline to serve the summons and complaint on Defendant.

Plaintiff is reminded that if he is unable to serve Defendant by the deadline, it is his responsibility to request an extension of time for service. *See Meilleur v. Strong*, 682 F. 3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service). Plaintiff is further notified that, in accordance with Rule 4(m) of the Federal Rules of Civil Procedure, if he fails to file proof of service by the deadline or request an extension of

time to serve the summons and complaint, I may recommend that Judge Oetken dismiss the claims against Defendant for failure to effect timely service.

The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff.

DATED: October 20, 2026
New York, NY

SO ORDERED.

______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**